JOSEPH HATTENBACH v. HOME LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of a Plan for the Readjustment, Modification or Reorganization of the Rights of All the Holders of Mortgage Investments Represented by Series C-2 First Mortgage Participation Certificates Issued and Guaranteed by NEW YORK TITLE AND MORTGAGE COMPANY. CONTINENTAL CASUALTY COMPANY; FRANK L. WEIL and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Townley, J., taking no part.

ROBERT LEWIS v. ALFRED M. RAU, Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

AMERICAN STORE EQUIPMENT & CONSTRUCTION CORPORATION v. JACK DEMPSEY'S PUNCH BOWL, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOSEPH KANTOR, as Trustee for the Creditors of THE LAKEWOOD SHIRT COMPANY, INC., etc., v. ISADORE JANOWITCH and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals and for an extension of twenty days to answer denied, with ten dollars costs, with leave to the defendants to answer within ten days after service of order on payment of said costs and the costs awarded by the order of this court entered November 17, 1939. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Liquidation of NATIONAL SURETY COMPANY, Claim of WILLIAM F. LAUGHLIN, as Administrator de Bonis Non of the Estate of WESLEY COOPER, Deceased. Claim No. C. B. 2262. WILLIAM F. LAUGHLIN, etc., LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of NATIONAL SURETY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of IRVING WOLFSON for an Order against MICHAEL J. CRUISE, City Clerk of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of THE RABHOR COMPANY, INC., for an Order Adjudicating and Determining the Making and Existence of a Contract to Arbitrate and Staying or Authorizing Arbitration Proceedings, Pursuant to the Provisions of the Arbitration Law, with Special Reference to Section 1458 of the Civil Practice Act. THE RABHOR COMPANY, INC.; THE BURLINGTON CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JEANNE GETLAR and HELEN GETLAR v. IRWIN RUBINSTEIN, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.